# Death Penalty

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KIPP,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of California<br>State Prison at San Quentin,<br><br>　　　　Respondent. | CASE NO. CV 99-4973 AB<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying Amended Petition for Writ of Habeas Corpus and Denying Motion to Amend issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.  The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: March 18, 2016.

_____

ANDRÉ BIROTTE JR.
United States District Judge